Thomas A. McKennell and Aaron Goody, Respondents, v. Commuters Land & Development Corp., Appellant.— Order of the City Court of Mount

Vernon striking out the separate defense contained in defendant's answer affirmed, with ten dollars costs and disbursements. The matter sought to be pleaded as a defense may be proved under a general denial. No opinion. Young, Carswell, Davis, Adel and Taylor, JJ., concur.